# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

## § 2241 HABEAS CORPUS PETITION FORM
## TO BE USED BY PRISONERS IN ACTIONS UNDER 28 U.S.C. § 2241
## OR IN ACTIONS CHALLENGING REMOVAL PROCEEDINGS

Susanne D. Helbig,

Inmate/Alien # 97393-020

FCI Tallahassee
501 Capital Circle NE
Tallahassee, FL 32301

(Enter full name of Petitioner, prison number or alien [A] number, if applicable, AND address of place of confinement.)

vs.

CASE NO: 4:18cv449 WS-MJF
(To be assigned by Clerk)

The United States of America,
The Attorney General of the United States of America,
The Director of the Federal Bureau of Prisons,
The Regional Director of the Federal Bureau of Prisons, SE Region,
Craig E. Coil, Warden FCI Tallahassee, FL,
Orlando Colon-Aviles, DDS, CDO FCI-TAL

(Enter name and title of each Respondent. If additional space is required, use the blank area below and directly to the right.)

## ALL APPLICANTS MUST COMPLETE THIS ENTIRE FORM


FILED USDC FLND TL
SEP 28 '18 PM 2:54

## ANSWER ALL OF THE FOLLOWING:

1. This petition concerns (check where applicable):
   - (a). ☐ a conviction
   - (b). ☐ a sentence
   - (c). ☐ prison disciplinary action or other action resulting in lost gain time credits
   - (d). ☐ parole
   - (e). ☐ immigration/removal
   - (f). ☒ other (explain): __Petitioner alleges cruel & unusual treatment, in violation of the 8th amendment.__

2. Provide the following information regarding the conviction(s) and sentence(s) for which you are presently incarcerated:

   - (a). Name(s) and location(s) of court: __U.S. District Court for the West. Dist. of Virginia, Lynchburg Division__
   - (b). Case Number(s): _____
   - (c). Charge(s) for which you were convicted: __Conspiracy to commit mortgage fraud__
     __Making a false statement on a tax return__
   - (d). What was your plea? (Check one)
     - (1) Not Guilty ☐
     - (2) Guilty ☒
     - (3) Nolo contendere ☐
   - (e). Did you appeal from the judgment of conviction?   Yes ☒   No ☐

3. If you did appeal, answer the following:
   - (a) Name of Court: __U.S. Court of Appeals__   Case #: _____
   - (b) Result: __Defendant dismissed__
   - (c) Date of opinion and mandate (citation, if known): __N/A__

4. Claims that challenge your conviction or imposition of sentence can only be raised by motion under 28 U.S.C. § 2255 unless the § 2255 motion is inadequate or ineffective to test the legality of your detention. If any of the grounds raised above challenge your conviction or sentencing:

   (a) Have you filed a motion under 28 U.S.C. § 2255?
       Yes ☒        No ☐
   If yes, please provide the case #, where filed, relevant date(s), and the results: _____
   __Relief was denied because defendant signed under an 11(c)(1)(c) plea agreement__

2

(b). Explain why the remedy under § 2255 was or is inadequate or ineffective: __N/A__

5. Are you currently represented by counsel in this case or in any other court case?

   Yes ☐   No ☒
   If yes, please explain: _____

6. If this case concerns removal proceedings:
   (a) Date of final order of removal: _____

   (b) Did you file an appeal with the Board of Immigration Appeals?   Yes ☐   No ☐

7. In the spaces below, set forth every ground which supports your claim that you are incarcerated unlawfully. Briefly summarize the specific facts in support of each ground raised. Conclusions that are not supported by specific facts are insufficient. You may attach additional pages if necessary to raise additional grounds or provide additional facts. Do not cite any law in your statement of facts.

(a). Ground one: ISSUE: _Denial of proper dental treatment, the infliction of pain and suffering by prolonging a minor dental defect and escalating it to emergency status by not completing started invasive treatments. Is this cruel and unusual punishment?_

Supporting FACTS (state briefly without citing cases or law): _Please see the attached memorandum and documentation in support of the claim made._

Exhaustion:
[1] - Have you presented ground one to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?
   Yes ☒   No ☐
If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any appeals:

_Treatment was deemed in accordance to policy and appropriate - therefore denied._

3

[2]-(Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground one to the Board of Immigration Appeals?    Yes ☐    No ☐
If yes, please provide the results of the proceeding(s) and the relevant date(s). _____

(b). ISSUE Ground two: <u>Does an adjudicated sentence permit or condone a custodial agency to mistreat, torture, and / or cripple their wards?</u>

Supporting FACTS (state *briefly* without citing cases or law): <u>Please see the attached memorandum and documentation in support of the claim made.</u>

Exhaustion:

[1] - Have you presented ground two to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?
    Yes ☐    No ☒
If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any appeals: <u>N/A - expansion of ground one.</u>

[2]-(Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground two to the Board of Immigration Appeals?    Yes ☐    No ☐
If yes, please provide the results of the proceeding(s) and the relevant date(s). _____

(c). ISSUE Ground three: <u>Does one day of pain and suffering calculate punishment adjudicated the same as one day without, when it comes to the calculation of time to be served incarcerated, deprived of freedom?</u>

Supporting FACTS (state *briefly* without citing cases or law): _____

<u>Please see the attached memorandum and supporting document-</u>

<u>ation attached. The petitioner is await the opinion of this</u>

<u>honorable Court.</u>

Exhaustion:
[1] - Have you presented ground three to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?
    Yes ☒   No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any appeals:

<u>The question was ignored and no response was given, see</u>

<u>BP-11 attached, final remedy request to the DOJ / BOP General</u>
<u>Counsel - Central Office, Washington D.C.</u>

[2]-(Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground three to the Board of Immigration Appeals?   Yes ☐   No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s). _____

_____

(d). Ground four: _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

Exhaustion:
[1] - Have you presented ground four to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?
    Yes ☐   No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any appeals:

_____

_____

[2]-(Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground four to the Board of Immigration Appeals?     Yes ☐     No

If yes, please provide the results of the proceeding(s) and the relevant date(s). _____

_____

8. WHEREFORE, based upon the grounds raised above, Petitioner prays that the court will grant the following relief: <u>Evaluate and rule on the issues presented; evaluate the value of time served while suffering needless pain and discomfort;</u>

_____

_____

_____

### DECLARATION

I declare under penalty of perjury that I have read the above and the information contained therein is true and correct.

<u>9-27-2018</u>
(Date)                                          Signature of Petitioner

### IF MAILED BY PRISONER:

I declare or state under penalty of perjury that this petition was (check one):

☒ delivered to prison officials for mailing, or ☐ deposited in the prison's internal mail system on:
<u>9-27-2018</u> (date).

Signature of Petitioner

Revised 01/02

6

## LIST OF EXHIBITS

| | |
|---|---|
| A | Initial dental screening (Part of Admission and Orientation) 4/28/2015 |
| B | Photograph (copy) of petitioner's cosmetic appearance of teeth 5/2014 |
| C | Dental treatment report 11/18/2016 |
| D | Dental treatment report 2/6/2017 |
| E | Dental treatment report and medical follow-up 2/13/2017 |
| F | Informal resolution request (BP-8.5) 5/25/2017 |
| G | Dental treatment report 6/9/2017 |
| H | Dental treatment report 6/16/2017 |
| I | Electronic cop-out 6/28/2017 |
| J | Informal resolution request (BP 8.5) 7/13/2017 |
| K | Response to electronic cop-out from 6/28/2017 on 7/13/2017 |
| L | Dental treatment report 7/24/2017 |
| M | Dental treatment report 7/26/2017 |
| N | Electronic cop-out 7/27/2017 |
| O | Informal resolution request 8/8/2017 |
| P | Electronic cop-out 8/17/17 |
| Q | Dental treatment report 8/21/2017 |
| R | Electronic cop-out 8/28/2017 |
| S | Electronic cop-out 9/12/2017 |
| T | Informal resolution request 9/21/2017 |
| U | Response to electronic cop-out from 9/12/2017 on 10/10/2017 |
| V | Call-out report for 10/12/2017 |
| W | Call-out report for 10/25/2017 |
| X | BP-9 Administrative Remedy Request to Warden 10/23/2017 |
| Y | Dental treatment report 11/6/2017 |
| Z | Dental treatment report 11/9/2017 |
| AA | Warden's response to BP-9 dated 11/16/2017, received 11/21/2017 |
| BB | BP-10 Administrative Remedy Request to Regional Director 12/5/2017 |
| CC | Return rejection and resubmission receipt for BP-10 1/9/2018 |
| DD | Regional Director's response to BP-10 dated 3/20/2018, received 4/3/2018 |
| EE | BP-11 Administrative Remedy Request to General Counsel Central Office DOJ / BOP 4/17/2018 |
| FF | Return rejection and resubmission receipt for BP-11 5/24/2018 |
| GG | Central Office response to BP-11 dated 7/20/2018, received 8/28/2018 |
| HH | "Current" dental issue diagnosed 5/1/2018 and documentation of "progress" |
| II | DOJ / BOP Program Statement No. 6400.03 "Dental Services", Sect. 6-11 (6-Access to Dental Care; 7-Preventative Oral Health; 8- Dental Examinations; 9-Comprehensive Dental Care; 10-Urgent Dental Care; 11-Priority of Services) |

# PRIORITY MAIL

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE

*Domestic only

WHEN USED INTERNATIONALLY A CUSTOMS DECLARATION LABEL MAY BE REQUIRED

**FROM:**
97393-020
Susanne Helbig
Federal Correctional Institution
501 Capital Circle NE
Tallahassee, FL 32301
United States

CHECKED SEP - 2018

**TO:**
97393-020
Clerk Of U S District Court
111 N Adams ST
Suite 322
Tallahassee, FL 32301-7717
United States

P S 00001000014
EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**UNITED STATES POSTAL SERVICE®**