IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SUZANNE D. HELBIG,

    Petitioner,

v.                                                      4:18cv449–WS/MJF

UNITED STATES OF AMERICA,
et al.,

    Respondents.

_____

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 11) docketed July 31, 2019. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 be dismissed because, given the petitioner's claims, the court lacks the authority to grant the relief requested. As the magistrate judge aptly notes, section 2241 does not authorize the court to reduce the petitioner's sentence based upon her claim that prison officials violated her rights under the Eighth Amendment.

The petitioner has filed objections (ECF No. 12) to the report and recommendation. The undersigned has considered those objections but finds that they lack merit. Because the undersigned finds that the petitioner's habeas corpus petition is due to be dismissed for the reasons set forth by the magistrate judge, it is ORDERED:

1. The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order of the court.

2. The petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (doc. 1) is DISMISSED.

3. The clerk shall enter judgment stating: "All claims are dismissed."

4. The clerk shall close the case.

5. A certificate of appealability is DENIED.

DONE AND ORDERED this ____22nd____ day of __August__, 2019.


                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE